UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLEY O'DONNELL, | : | **1:20-CV-00136** |
| Plaintiff | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| JOHN WETZEL, *et al.*, | : | |
| Defendants | : | |

## ORDER
March 17, 2020

By a separate order, we screened the complaint and concluded that it fails to state a claim upon which relief can be granted and that it violates Fed.R.Civ.P. 20. We granted O'Donnell leave to file an amended complaint. We also denied her request for the appointment of counsel without prejudice to reconsidering the appointment of counsel as the case progresses. Given that order, **IT IS ORDERED** that O'Donnell's "Motion to Amend Initial Complaint Once Counsels [sic] Appointed" (*doc. 21*) is **DENIED AS MOOT**. **IT IS FURTHER ORDERED** that O'Donnell's request for a subpoena duces tecum (*doc. 20*) is

**DENIED WITHOUT PREJUDICE** to O'Donnell renewing such a request after she files an amended complaint that states a claim upon which relief can be granted.

***S/Susan E. Schwab***
Susan E. Schwab
Chief United States Magistrate Judge
